**SEALED**

| | |
|---|---|
| **SEALED** | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION |

FILED
2012 FEB -1 AM 10: 57
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA, ) CRIMINAL NO. SA-12-CR
        Plaintiff, ) SA12CR0066
v. ) **INDICTMENT**
  ) [Vio.: 21 U.S.C. § 841(a)(1):
**KEVIN TONDRE,** ) Possession With Intent to
  ) Distribute Methamphetamine.]
        Defendant. )

THE GRAND JURY CHARGES:

**COUNT ONE**
**[21 U.S.C. § 841(a)(1)]**

That on or about September 21, 2011, in the Western District of Texas, Defendant,

**KEVIN TONDRE,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

                              A TRUE BILL.

                              _____
                              FOREPERSON

ROBERT PITMAN
United States Attorney

By: _____
    CHARLIE STRAUSS
    Assistant United States Attorney